IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

    Plaintiff,                  No. CIV S-02-2661 FCD KJM P

    vs.

EVERETT FISCHER, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and seeking relief under 42 U.S.C. § 1983. Plaintiff's amended complaint was dismissed with leave to amend. Plaintiff has now filed a second amended complaint.

1. <u>Screening Of The Second Amended Complaint</u>

        The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

/////

1

The court has screened plaintiff's second amended complaint and finds that the second amended complaint sufficiently alleges First, Eighth and Fourteenth Amendment claims against defendants Medellin, Rocha, Knipp, Fischer, Padovan, Rosario, Aguirre, Meske, McEnroe, Phillips, Stockman, Brown, Sullivan and Lofton.  The court will order service upon these defendants.

Plaintiff may not proceed on his state law claims, as set forth in his fourth through sixth causes of action, as plaintiff fails to allege he complied with the California Torts Claim Act with respect to those claims prior to bringing this action.  See Karim-Panahi v. Los Angeles Police Dept., 839 F.2d 621, 627 (9th Cir. 1988).

2. Request For Counsel

Plaintiff has filed a motion for the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:  Medellin, Rocha, Knipp, Fischer, Padovan, Rosario, Aguirre, Meske, McEnroe, Phillips, Stockman, Brown, Sullivan and Lofton;

2. The Clerk of the Court shall send plaintiff 14 USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed December 22, 2003.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for each defendant listed in number 1 above; and

      d. Fifteen copies of the endorsed second amended complaint filed December 22, 2003.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    5. Plaintiff's December 22, 2003 request for the appointment of counsel is denied.

DATED: April 29, 2005.

                                _____
                                UNITED STATES MAGISTRATE JUDGE

---

[1] avin2661.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

      Plaintiff,                         No. CIV-S-02-2661 FCD KJM P

   vs.

EVERETT FISCHER, et al.,          NOTICE OF SUBMISSION

      Defendants.                  OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ completed summons form

      ____ completed USM-285 forms

      ____ copies of the _____
                             Second Amended Complaint

DATED:

                                            _____
                                            Plaintiff