IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

      Plaintiff,                    No. CIV S-02-2661 FCD KJM P

   vs.

EVERETT FISCHER, et al.,

      Defendants.          <u>ORDER</u>

/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

       The court has ordered the United States Marshal to serve plaintiff's second amended complaint on fourteen defendants. The Marshal has not been able to serve process upon defendants J. Rocha, J. Medellin or S. Phillips using the addresses provided by plaintiff. Plaintiff must provide information for service of process with respect to these defendants that will allow the Marshal to locate them. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, <u>et</u> <u>seq</u>., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff three USM-285 forms, along with an instruction sheet and a copy of the second amended complaint filed December 22, 2003;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form each for defendant J. Rocha, J. Medellin and S. Phillips;

    b. Four copies of the endorsed second amended complaint filed December 22, 2003; and

    c. One completed summons form.

DATED: November 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
avin2661.8e(2)

|   |   |
|---|---|
| 1 |   |
| 2 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

    Plaintiff,                    No. CIV S-02-2661 FCD KJM P

    vs.

EVERETT FISCHER, et al.         NOTICE OF SUBMISSION

    Defendants.                 OF DOCUMENTS

_____ /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                            Second Amended Complaint

DATED:

                                        _____
                                        Plaintiff