IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

    Plaintiff,                    No. CIV S-02-2661 FCD KJM P

    vs.

EVERETT FISCHER, et al.,

    Defendants.              ORDER

_____/

    Plaintiff has filed a request to extend discovery; defendants have opposed the request. Plaintiff has not articulated any reason that the time period originally provided for discovery is insufficient. Accordingly, IT IS HEREBY ORDERED that plaintiff's February 23, 2006 request for an extension of time to conduct discovery is denied.

DATED: May 10, 2006.

                                                      UNITED STATES MAGISTRATE JUDGE

1
avin2661.mfd