IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

    Plaintiff,                     No. CIV S-02-2661 FCD KJM P

    vs.

J.C. MEDELLIN,

    Defendant.                 <u>ORDER</u>

_____/

    Plaintiff has filed a request for an extension of time to file and serve an opposition to defendants' June 15, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's September 25, 2006 request for an extension of time is granted; and

    2. Plaintiff shall file and serve an opposition to defendants' June 15, 2006 motion for summary judgment on or before October 28, 2006.

DATED: September 28, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

1
mp; avin2661.36sec