IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

        Plaintiff,                    No. CIV S-02-2661 FCD KJM P

    vs.

J.C. MEDELLIN, et al.,

        Defendants.        <u>ORDER</u>

                              /

        On September 25, 2006 plaintiff filed a document titled "Objections to Magistrate Judge's Findings And Recommendations." The court construes this as a motion for reconsideration of the magistrate judge's August 29, 2006 order denying plaintiff's motion to compel discovery.

        Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of August 29, 2006 is therefore untimely.

/////

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's September 25, 2006
2 request for reconsideration is denied.
3 DATED: September 27, 2006
4
5                                               /s/ Frank C. Damrell Jr.
                                              FRANK C. DAMRELL JR.
6                                               United States District Judge