IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

      Plaintiff,                     No. CIV S-02-2661 FCD KJM P

    vs.

J.C. MEDELLIN, et al.,

      Defendants.          ORDER

_____/

      Plaintiff has requested the appointment of counsel.[1] The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

---

[1] Plaintiff's motion is titled "motion for reconsideration for the court to request counsel." The court denied plaintiff's last request for the appointment of counsel on November 21, 2005. A motion for reconsideration of that order would be untimely. See Local Rule 72-303(b)

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 2, 2006 motion
2  for the appointment of counsel is denied.
3  DATED: October 24, 2006

_____
U.S. MAGISTRATE JUDGE

5  1/mp
   avin2661.31