IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

        Plaintiff,                No. CIV S-02-2661 FCD KJM P

   vs.

J.C. MEDELLIN, et al.,

        Defendants.        <u>ORDER</u>

                              /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On December 11, 2006, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on December 12, 2002, December 22, 2003 and September 12, 2005. All requests were denied. For the same reasons set forth in those orders, IT IS HEREBY ORDERED that plaintiff's December 11, 2006 request for appointment of counsel is denied.

DATED: December 20, 2006.

                                                             _____
                                                             U.S. MAGISTRATE JUDGE

/mp
avin2661.31thr