IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

      Plaintiff,                 No. CIV S-02-2661 FCD KJM P

   vs.

J.C. MEDELLIN, et al.,

      Defendants.          ORDER

                              /

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Defendants' June 15, 2006 motion to dismiss and for summary judgment is before the court. In his opposition, plaintiff makes reference to certain exhibits, which plaintiff claims he attached to his opposition. The court has not received the exhibits. Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted twenty days within which to submit the exhibits plaintiff refers to in his opposition to defendants June 15, 2006 motion to dismiss and motion for summary judgment. Plaintiff's failure to comply with

/////

/////

/////

/////

1

1 this order will result in the court ruling on defendants' motion without consideration of
2 plaintiff's exhibits.
3 DATED: January 24, 2007.

_____
U.S. MAGISTRATE JUDGE

---

1
avin2661.57