IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE AVINA,

      Plaintiff,                   No. CIV S-02-2661 FCD KJM P

    vs.

J.C. MEDELLIN, et al.,

      Defendants.         ORDER

                                /

         On April 19, 2007, plaintiff filed a motion asking that this court reconsider its March 30, 2007 order adopting the magistrate judge's March 2, 2007 findings and recommendations thereby dismissing this action.

         A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

/////

/////

/////

1 | Plaintiff does not present any new material evidence.  Furthermore, the court
2 | finds that, after a de novo review of this case, the March 30, 2007 order adopting the March 2,
3 | 2007 findings and recommendations is neither manifestly unjust nor clearly erroneous.
4 | Accordingly, IT IS HEREBY ORDERED that plaintiff's April 19, 2007 motion
5 | for reconsideration is denied.
6 | DATED: April 25, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE