UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVINA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>J C MEDELLIN; et al.,<br><br>    Defendants - Appellees. | No. 07-15740<br>D.C. No. CV-02-02661-FCD<br><br>**ORDER** |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 5/25/07