1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE AVINA,

11          Plaintiff,                        No. CIV S-02-2661 FCD KJM P

12       vs.

13   J.C. MEDELLIN,

14          Defendant.                        ORDER

15   _____/

16          On February 23, 2010, the Magistrate Judge issued an order denying plaintiff's

17   motion for reconsideration of appointment of counsel.  On April 12, 2010, plaintiff filed a

18   motion for reconsideration of that order.  Local Rule 303(b), states "rulings by Magistrate Judges

19   . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days

20   . . . from the date of service of the ruling on the parties."  Plaintiff's request for reconsideration

21   of the magistrate judge's order of February 23, 2010 is therefore untimely.

22          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for

23   reconsideration (Docket No. 131) is denied.

24   DATED: April 15, 2010.

25

26
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE