1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ROCHELLE C. EAST, State Bar No. 183792
   Senior Assistant Attorney General
3  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-1938
6   Fax: (916) 324-5205
    E-mail: David.Carrasco@doj.ca.gov
7
   *Attorneys for Defendants Knipp, Stockman, Meske,*
8  *McEnroe, Padovan, Loftin, Sullivan, Rosario,*
   *Aguirre, Medellin, Fischer, and Brown*
9

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  | **JOSE AVINA,** | Case 2:02-cv-2661 FCD KJM PC |
    |---|---|
14  | Plaintiff, | **ORDER VACATING JUDGMENT** |

15  |      v. | |

16  | **FISCHER, et al.,** | |

17  | Defendants. | |

18

19     The Court has considered the parties' stipulation and, good cause showing, the Court orders

20  that the judgment entered on October 1, 2010, against Aguirre, Fischer, and Rosario shall be

21  vacated.

22     IT IS SO ORDERED.

23

24  Dated: May 11, 2011    _____
                           FRANK C. DAMRELL, JR.
25                         UNITED STATES DISTRICT JUDGE

26

27

28

                                    1